**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Ronald Harley,

           Debtor.

Case No. 23-11420-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

U.S. Bank N.A. (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

City of Philadelphia
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group
Philadelphia, PA 19102-1595

Date: January 31, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com