United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald Harley  
    Debtor

Case No. 23-11420-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 06, 2024      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ronald Harley, 1328 Medary Ave, Philadelphia, PA 19141-3344 |
| 14792461 | + | Gloucester County Probation, 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 14784317 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14784319 | + | Philadelphia Sheriff's Office, 100 S Broad St # 5, Philadelphia, PA 19110-1023 |
| 14784320 | | RAS Law, 133 Gaither Dr Ste F, Mount Laurel, NJ 08054-1710 |
| 14805784 | + | U.S. BANK NATIONAL ASSOCIATION, C/O Ryan Starks, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14801185 | | U.S. Bank Home Mortgage, a division of U.S. Bank N, 3751 Airpark Mail Code CN-KY-APDC, Owensboro, Kentucky 42301 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jun 06 2024 23:59:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 06 2024 23:59:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14807512 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14784309 | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14784308 | | Email/Text: bankruptcy@philapark.org | Jun 07 2024 00:00:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14784310 | | Email/Text: Bankruptcy@ICSystem.com | Jun 07 2024 00:00:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 14784311 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 07 2024 00:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784312 | | Email/Text: fesbank@attorneygeneral.gov | Jun 07 2024 00:00:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14784315 | | Email/Text: CollectionsDept@PFCU.COM | Jun 07 2024 00:00:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14782823 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14784314 | ^ | MEBN | Jun 06 2024 23:58:14 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14784316 | ^ | MEBN | Jun 06 2024 23:58:02 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14784318 | + | Email/Text: bankruptcy@philapark.org | Jun 07 2024 00:00:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14805785 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 07 2024 00:00:00 | U.S. Bank National Association, 2800 Tamarack Rd, Owensboro, Kentucky 42301 |
| 14800873 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 07 2024 00:00:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 14784323 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 07 2024 00:00:00 | US Bank N.A., 2800 Tamarack Rd, Owensboro, KY 42301-6566 |
| 14784321 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 07 2024 00:00:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14795873 | + | Email/Text: RASEBN@raslg.com | Jun 06 2024 23:59:00 | U.S. Bank National Association, Michelle L. McGowan, Esquire, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14784322 | ^ | MEBN | Jun 06 2024 23:58:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14784313 | * | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024       Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:

**Name**        **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 27 |

ANDREW L. SPIVACK
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor U.S. Bank National Association andrew.spivack@brockandscott.com wbecf@brockandscott.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Ronald Harley help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank National Association mimcgowan@raslg.com

STEPHEN R. STARKS
    on behalf of Creditor U.S. Bank National Association ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    RONALD HARLEY

    Debtor

Chapter 13

Bankruptcy No. 23-11420-PMM

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 6, 2024**

Honorable Patricia M. Mayer
Bankruptcy Judge